**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**
**Clerk**

**312-435-5670**

Entertainment One UK Ltd
v.
The Partnerships and Unincorporated Associations as Identified on Schedule A

USDC Case Number: 1:18-cv-4928

Judge: Honorable Sharon Johnson Coleman

**Notice of Removal of Material from the Custody of the Clerk's Office**

The following item(s) are hereby removed from the custody of the Clerk's Office by the undersigned who is representing the Plaintiff, Entertainment One UK Ltd.

| | | |
|---|---|---|
| 08/09/2018 | 18 | SURETY BOND in the amount of $ 10,000 posted by Entertainment One UK Ltd. (pk, ) (Document not scanned) Modified on 8/9/2018 (pk, ). (Entered: 08/09/2018) |

I, Yanling Jiang, am authorized to remove the above-described documents from the court.

Signature: ______________________

Firm: Jiangip

By: N. Hagopian
/s/ Deputy Clerk

Date: Oct. 16. 2026